UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAWAL HASSAN AHMED and ABDIHAMID SHUAIB HASSAN,<br>Plaintiffs,<br>v.<br>TODD BLANCHE, et al.,<br>Defendants. | CASE NO. 2:26-cv-00655-JHC<br><br>ORDER |

Before the Court is Defendants' unopposed motion to dismiss. Dkt. # 8. For the reasons presented, the Court GRANTS the motion and DISMISSES this matter with prejudice.

Dated this 29th day of May, 2026.

John H. Chun
John H. Chun
United States District Judge