# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NAWAL HASSAN AHMED and ABDIHAMID SHUAIB HASSAN,

Plaintiff,

v.

TODD BLANCHE, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:26-cv-00655-JHC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The petition for the writ of mandamus (Dkt. # 1) is dismissed. Dkt. # 12. The case is closed.

Dated May 29, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Ashleigh Drecktrah*
Deputy Clerk